UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, | No. C 11-3530 SI |
| Petitioner, | **JUDGMENT** |
| v. | |
| RAUL LOPEZ, | |
| Respondent. / | |

The petition for writ of habeas corpus has been denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: July 10, 2012

SUSAN ILLSTON
United States District Judge