IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY JOHNSON,

    Petitioner,

  v.

RAUL LOPEZ,

    Respondent.
                                       /

No. C 11-03530 SI

**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY**

On July 10, 2012 the Court denied petitioner's petition for writ of habeas corpus. Docket No. 17. In that Order, the Court also denied a certificate of appealability. *Id*. at 16. On August 13, 2012, Petitioner filed a motion in this Court for a certificate of appealability. Docket No. 21. That motion is DENIED as having already been considered and rejected.

**IT IS SO ORDERED.**

Dated: August 16, 2012

                                                   SUSAN ILLSTON
                                                 UNITED STATES DISTRICT JUDGE